IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHERYL DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-CV-06185-BCW |
| ) | |
| CUSTOM CONVENIENCE LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Having been notified on March 4, 2022 of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.


DATED: March 7, 2022                                 /s/ Brian C. Wimes
                                                                    JUDGE BRIAN C. WIMES
                                                                    UNITED STATES DISTRICT COURT